CA 07 284 ML DLM

July 29, 2007

# UNITES STATES DISTRICT COURT
PROVIDENCE, RHODE ISLAND

LOUIS M. GIRAITIS
VS.
EAST PROVIDENCE POLICE AND FIRE DEPARTMENTS

RHODE ISLAND HOSPITAL

FILED
JUL 30 2007
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

DR. JOSHUA NATHAN

DR.ETHAN KISCH

BUTLER HOSPITAL

FATIMA HOSPITAL

CA 07 284 ML

LOUIS M. GIRAITIS
INTENDS TO SHOW THE .U.S. DISTRICT COURT THAT THE CITY OF EAST PROVIDENCE POLICE / FIRE DEPARTMENT , RHODE ISLAND HOSPITAL , **DR ETHAN KISCH** AND **DR. JOSHUA NATHAN** VIOLATED HIS CONSTITUTIONAL RIGHTS .

ON SEPTEMBER 20, 2006 I RETURNED FROM NEW YORK CITY ON A PRIVATE TRIP. ON MY WAY HOME I RAN INTO NYPD, AMTRACK POLICE AS WELL AS STAMFORD POLICE AND RESCUE SQUAD. ALL WHO EVALUATED MY FITNESS AND ALLOWED ME TO PASS. JUST PRIOR TO ARRIVING HOME.

UPON RETURNING HOME I STATED TO MY WIFE I INTEND TO TAKE A SHOWER AND GO TO BED. SHE CALLED THE POLICE WHEN ABOUT 8-10 PATROLMAN ARRIVED AT MY HOME AND **ENTERED MY HOME WITHOUT MY PERMISSION AND A WARRANT.**

THE PEOPLE INVOLVED ( **EAST. PROV. POLICE AND FIRE DEPTMENT**, **DR. ETHAN KISCH** , RHODE ISLAND HOSPITAL EMERGENCY ROOM ATTENDING PYSCH . DOCTOR AND RIH DOCTOR **DR. JOSHUA NATHAN** ) OVERSTEPPED THEIR BOUNDARIES IN CONSISTANCIES AND PROCECEDURE BY UNLAWFULLY HANDCUFFING AND DETAINING ( **KIDNAPPING** ) MR. GIRAITIS FOR OVER TEN DAYS, IN VIOLATION OF STATE LAW REGARDING DETAINING OF SOMEONE IN A COMPETANCY SITUATION.
**( LATER CONFIRMED BY A STATE JUDGE WHO SPECIALIZES IN COMPETANCY CASES )** A HEARING WAS HELD AT SAINT JOSEPH HOSPITAL . THEY ( THE CITY AND RIH STAFF ) ALSO REFUSED TO STATE TO ME WHY I WAS BEING DETAINED, ADDING TO THE EMOTIONAL TRAUMA OF THE SITUATION . AT THE HOSPITAL AND AT THE TIME OF THE DETENTION

( ILLEGAL ARREST ) KNOW ONE INFORMED ME OF MY RIGHTS OR THEIR INTENT ON WHAT THEY WERE INTENDING TO DO WITH ME DOING WITH ME.

THAT COMPETANCY SPECIALIST JUDGE STATED, **NO MAN SHALL BE DETAINED** FOR PSYCHIATRIC EVALUATION WITH OUT VISIBLE EVIDANCE SHOWING ATTEMPTED SUICIDE TO HIMSELF OR PHYSICAL EVIDANCE SHOWING DEADLY BODILY HARM TO OTHER PEOPLE . BEING TIRED OR FATIGUED OR EVEN RESTLESS ( AGITATED ) IS NOT A CRITERIA FOR THIS LAW.

THE STATE JUDGE ALSO ORDERED THEM TO SET ME FREE AND REFRAIN FROM ALL FUTURE ACTIONS NOT INVOLVING MY WELL BEING OR OTHER PEOPLE WELL BEING AS STATED ABOVE.

**HOW COULD SO MANY OFFICERS IN THE EAST PROVIDENCE POLICE AND FIRE DEPARTMENT ALL MAKE THE SAME ERROR IN NOT FOLLOWING THE LAW ? INCLUDING THEIR SENIOR OFFICERS WHO WAS PRESENT ON THE SCENE AND WAS IN RADIO CONTACT WITH THE DEPARTMENT COMMANDING OFFICERS AT THE TIME OF THE INCIDENT.**

THESE NUMEROUS OFFICERS ALSO SHOWED HOW **POORLY TRAINED** THEY WERE BY ACCEPTING A **UNLAWFUL ORDER**.

IT IS SELF EVIDANT THAT THE CITY TOOK IT UPON ITSELF TO MAKE UP RULES TO BENEFIT THOSE WHO DEEM THEMSELVES

POLITICALLY CORRECT. RESULTING IN A VIOLATION OF MY CIVIL RIGHTS .

EVEN THOUGH A ALLEGEDLY QUALIFIED DOCTOR ( S ) WAS CONSULTED , THE POLICE / FIRE DEPT. HAD A OBLIGATION TO CONFIRM HIS INSTRUCTION BY LOOKING UP THE LAW IN WRITING TO SEE IF HE WAS CORRECT. ALSO CERTAINTLY THE POLICE AND RIH SHOULD HAVE HAD OTHER CASES REGARDING THIS ISSUE.

BOTH THE POLICE AND THE DOCTORS FAILED TO LOOK UP THE LAW TO VERIFY THE LAW REGARDING THIS CASE.

I ALSO WOULD LIKE TO STATE THAT THE PLAINTIFF IS A PRACTICING CATHOLIC, HAS EXTENSIVE TIES TO THE COMMUNITY AND .U.S. GOVERNMENT THROUGH HIS FAMILY. HAS MEMBERSHIP THROUGH PROFFESIONAL ORGANISATIONS.

IS A EAGLE SCOUT AND WAS A SCOUTMASTER AND COMMITTEE CHAIRMAN OF TWO BOY SCOUT TROOPS. HE ALSO TAUGHT CATECHISM FOR OVER TEN YEARS AND WAS ACCEPTED INTO THE DIOCESE OF PROVIDENCE PRIEST FORMATION PROGRAM.

WAS RAISED IN A FAMILY OF TWELVE IN WHICH THE MAJORITY HAS AT ONE TIME OR ANOTHER HAS WORKED DIRECTLY AND INDIRECTLY WITH THE .U.S. GOVERNMENT IN PLANNING OR CARRYING OBJECTIVES OF THE FEDERAL GOVERNMENT ON A PAID AND UNPAID BASIS.

A PERSON WHO TALKS TO HIMSELF OR SHOWS ACTION WHO ARE LESS THAN CULTURALLY PERMISSABLE IN APPEARANCE ( LOOKS ) OR WHO PREFERES NOT TO HAVE A REGISTERED ADDRESS ( HOMELESS ) IS IN NO MANNER A THREAT TO OTHER PEOPLE AROUND THAT PERSON .

ALSO IT IS MY CONTENTION THAT MIND – ALTERING DRUGS SHALL NOT BE GIVEN WITHOUT THE CONSENT OF THE PERSON BEING DETAINED FOR OBSERVATIONS CONCERNING THAT PERSONS ACTIONS AND MOTIVES AND THAT THIS DISTRICT COURT ORDERS THIS IN ADDITION TO THE PHYSICIANS CAN ONLY GIVE DRUGS FOR A TEMPORARY

CALMING DOWN OF ONE SELF. IF THAT PERSON IS PHYSICALLY TOUCHING AND HARMING THE STAFF OR HIMSELF.

SINCE THERE IS NO OTHER MANNER TO MAKE A DETERMINATION IF THAT PERSON IS EMOTIONALLY STABLE.

SINCE DRUGS WILL ONLY HIDE THAT PERSONS TRUE EMOTIONAL STATUS DURING THE EVALUATION.
IF THE PERSON SHOWS NO SIGNS OF SELF INFLICTED DEADLY INJURY .
( AND I SAY THIS TO POINT OUT THE FACT THAT AT TIMES I HAVE BEEN GIVEN SINGLE BLADE SHAVERS THAT MAKE IT LOOK LIKE I HAD TRIED TO HURT MYSELF AT THESE PLACES )

THAN THAT PERSON CAN BE CONSIDERED COMPETANT. OUTSIDE OF OTHER EVIDANCE THAT CAN BE FAKED. IT REALLY TAKES ABOUT 45 DAYS TO DETERMINE SOMEONE COMPETANCY IN THE EVENT OF A FELONY CASE ONLY.

THREATS OR ENDLESS TALKING TO ONESELF ALONE **WITHOUT ACTUAL ACTION** TAKEN BY THE INDIVIDUAL AGAINST SOMEONE ELSE , ARE NOT A ADEQUATE REASON .
SINCE THE STAFF OF THE SANATERIUM WARD SHOULD NOT HAVE THE POWERS TO TAKE AWAY THE FIRST AMENDMENT RIGHTS OF A INDIVIDUAL.

I AM REQUESTING A JUDGEMENT BE MADE AGAINST THE CITY OF EAST PROVIDENCE FOR DAMAGES OF $ 70.21114 MILLION IN U.S DISTRICT COURT SINCE THEY HAD DONE THIS TO ME TWICE AND FOR.

1. FALSE IMPRISONMENT
2. KIDNAPPING OVER A PERIOD OF OVER TEN DAYS
3. CRUEL AND UNUSUAL PUNISHMENT ( U.S. CONSTITUTION )
4. ILLEGAL SEARCH AND SEIZURE ( U.S. CONSTITUTION )

5. NOT ALLOWING ME TO PHONE A ATTORNEY IN MY OWN HOME
6. FAILING TO SHOW A WARRANT
7. REFUSING TO LEAVE MY PROPERT Y AS REQUESTED
8. DAMAGING MY REPUTATION
9. MENTAL AND EMOTIONAL ANGUISH
10. INCONVIENCECING ME GREATLY
11. FAILING TO VERIFY THIS LAW

I AM REQUESTING A JUDGEMENT IN DAMAGES ALSO BE MADE AGAINST RHODE ISLAND HOSPITAL FOR $ 150 MILLION SINCE THEY DID THIS TO ME A TOTAL OF THREE TIMES , DR. JOSHUA NATHAN A JUGDMENT OF $ 75 MILLION SINCE HE DETAINED ME TWICE AND DR. ETHAN KISCH A JUDGEMENT OF $ 50 MILLION UNDER MANY OF THESE CONDITIONS SINCE OCTOBER OF 2006 . I AM REQUESTING A JUDGEMENT AGAINST FATIMA HOSPITAL FOR $ 7 MILLION AND A JUDGEMENT AGAINST BUTLER FOR $ 150 MILLION. SINCE THEY DID THIS TO ME FOR A TOTAL OF THREE TIMES AND OVER 30 DAYS AND I HAD TO SPEND **CHRISTMAS**, THANKSGIVING AND **NEW YEARS DAY** IN **ILLEGAL CONFINEMENT.**

I AM ALSO REQUESTING THAT THE SENIOR OFFICERS AND **DOCTORS** INVOLVED IN THIS CASE BE FINED , DISMISSED , LOSE THEIR LICENSE AND CRIMINALLY CHARGED FOR THEIR INVOLVEMENT AND THAT THESE FACILITY LOSE THE RIGHT TO TAKE IN AND CARE FOR CURRENT PATIENTS FOR EMOTIONAL TREATMENT FOR THREE MONTHS. THAT THE REST OF THE OFFICERS BE FINED AND DEMOTED .

I ALSO THINK THAT THE EAST PROVIDENCE POLICE SHOULD BE PLACE UNDER SUPERVISION BY THE R.I. STATE POLICE AND BE RE-TRAINED BY ALL .U.S. GOVERNMENT LAW ENFORCEMENT AGENCIES FOR THE NEXT SEVEN YEARS, WITH THE CHIEF POSITION FOR BOTH DEPARTMENTS REMAINING VACANT DURING THAT TIME . WITH NO EXTRA PAY FOR ANY ACTING CHIEF. SINCE THE STATE POLICE WOULD BE CHARGE.

THE POLICE AND FIRE DEPARTMENT SHOULD ALSO BE **DOWNSIZED** SINCE THEY OBVIOUSLY HAVE TOO MUCH TIME ON THEIR HANDS TO ALLOW SOMETHING LIKE THIS TO HAPPEN.

THESE DEPARTMENT GREW IN SIZE OVER THE LAST DECADE DUE TO POLITICAL LOBBYING RATHER ACTUAL NEED, RESULTING IN SITUATIONS LIKE THIS.

SINCE I AM NOT THE FIRST ONE WHO HAS HAD HIS RIGHTS VIOLATED.

<u>I ALSO REQUEST THAT THE COURT ORDER</u> THAT THE DETAINING SOMEONE IN A PSYCHIATRIC FACILITY FOR THIS REASON AS STATED BY THE STATE JUDGE, THAT THE RHODE

ISLAND LAW FOR DETAINMENT SHOULD BE REDUCED TO FIVE DAYS ONLY INCLUDING NON – BUSINESS DAYS. AND THAT THESE RULES BE POSTED IN THE EMERGENCY ROOM AND EVALUATING ROOMS , THE PATIENT ROOMS AND LOBBY, OF THESE PLACES SO THAT ALL COULD SEE AND UNDERSTAND THEM .

**IN ADDITION** THAT THE PERSON THAT THE POLICE AND HOSPITAL ARE TRYING TO DETAIN FOR THIS REASON. **BE NOTIFIED** PRIOR TO BEING TAKEN INTO CUSTODY FOR ATTEMPTING SUICIDE OR MURDER TO ANOTHER PERSON OF THEIR **CIVIL RIGHTS** AND **OF THE STATUTE THAT IS BEING APPLIED TO THEM** AS WELL OF ALL DETAINMENTS REGARDING ANY LAW.

I ALSO THINK THAT WHEN THIS LAW IS APPLIED THAT THREE PEOPLE FROM THE POLICE DEPARTMENT SIGN OFF ON IT AND THAT THREE DOCTORS SIGN OFF ON IT TO VERIFY PROPER CARRYING OUT OF THIS OVERLY ABUSED AND DISREGARDED LAW AT THESE AREA ALLEGDELY LICENSED HOSPITALS FOR THIS TREATMENT.

I ALSO WOULD LIKE TO MENTION THAT ONCE FATIMA HOSPITAL IN 2005 AND BUTLER HOSPITAL THREE TIMES 2005 – 2006 UNLAWFULLY VIOLATED SEVERAL OF THE REASONS FROM ABOVE NUMBERS 1,2,3,5,6,8,9,10 AND SEVERAL OF THE ABOVE STATEMENTS AS WELL.

A REGISTERED NURSE FROM BUTLER HOSPITAL ALSO TRICKED ME INTO TAKING TRANQUILIZERS BY LYING TO ME ABOUT WHAT I WAS TAKING.

THE STAFF AT FATIMA TRICKED ME INTO ENTERING THE EMERGENCY ROOM , ENTERING A ISOLATED CORNER SO NO ONE COULD SEE THEM HAVE THE NORTH PROVIDENCE POLICE HANDCUFF ME WITHOUT RESISTING AND FOR NO GOOD REASON OTHER THAN TO DETAIN ME AGAIN UNDER ILLEGAL PRETENSE.

I JUST WOULD ALSO LIKE TO MENTION THAT WHEN YOU ARE AT THESE HOSPITALS EVALUATION ROOMS. THAT THEY LOCK THE DOORS AND BLOCK YOU FROM EXITING THESE ROOMS UNDER YOUR OWN FREE WILL. **ADDING TO THE ANXIETY SO YOU END UP PANICKING. GIVING THEM A PHONY REASON TO DETAIN YOU AS STANDARD PROCEDURE ERRONOUSELY.**

THE RHODE ISLAND GENERAL ASSEMBLY CREATED THIS LAW TO BENEFIT UNJUSTLY , DOCTORS AND POLICE DEPARTMENTS . TO GIVE THEM TOO MUCH AUTHORITY AND WITH NO CONSIDERATION FOR THE .U.S. CONSTITUTION AND THE PEOPLE IT WAS WRITTEN FOR **. AS IF THE PEOPLES RIGHTS COULD BE DISMISSED WITHOUT A COURT HEARING IN .U.S. DISTRICT COURT .** AS YOU CAN SEE YOUR HONOR EVEN DOCTORS AND POLICE WILL USE ANY EXCUSE TO VIOLATE A PERSONS CIVIL RIGHTS, NOTHING NEW TO RHODE ISLAND.

30 LINDEN ST.
RIVERSIDE, R.I.
02915

SIGNED,
LOUIS MARK GIRAITS

Louis M. Giraits

433
3382

LOUIS M. GIRAITIS
PROVIDENCE COUNTY
PLAINTIFF

DEFENDANT ( S )

EAST PROVIDENCE POLICE AND FIRE DEPARTMENTS
RHODE ISLAND HOSPITAL
DR. JOSHUA NATHAN
DR.ETHAN KISCH
BUTLER HOSPITAL

FATIMA HOSPITAL