UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

LOUIS GIRAITIS

v.

CA 07-284ML

EAST PROVIDENCE POLICE
DEPARTMENT, et al

ORDER

The above -captioned case was filed on July 30, 2007 and has been pending at least 120 days without an answer or claim having been filed.

It is now ORDERED that this action will be dismissed as to the above-named defendants without prejudice and without costs within 15 days for lack of prosecution, unless plaintiff can show good cause as to why the case should not be dismissed.

DRI LR Cv 41.

SO ORDERED:

Mary M. Lisi
Chief U.S. District Judge
January 2 , 2008

Entered as an Order of this Court on January 3 , 2008

Barbara Barletta
Deputy Clerk