UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

LOUIS GIRAITIS

vs. C.A. NO: 07-284ML

EAST PROVIDENCE POLICE
DEPARTMENT, et al

ORDER

On January 3, 2008 an Order was entered ordering the plaintiff to show cause within 15 days why this matter should not be dismissed for lack of prosecution. The time alloted having elapsed without any response to the Court's Order,

It is now ORDERED that this action is hereby dismissed without prejudice.

SO ORDERED:

Mary M. Lisi
Mary M. Lisi
Chief U.S. District Judge
January 24, 2008

Entered as an Order of this Court on January 24, 2008

Barbara Barletta
Deputy Clerk